**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter: 7 |
| | ) | |
| | ) | Case No.    18-21465 |
| Windy City Financial Partners, Inc., | ) | |
| | ) | Judge: Hon. Jacqueline P. Cox |
| | ) | |
| Debtor. | ) | |

**FINAL REPORT OF DEBTOR AS DEBTOR IN POSSESSION UPON CONVERSION OF CHAPTER 11 CASE TO CHAPTER 7 CASE PURSUANT TO BANKRUPTCY RULE 1019(5)**

NOW COMES the Debtor, Windy City Financial Partners, Inc., and submits its Final Report as Debtor in Possession Pursuant to Federal Rule of Bankruptcy Procedure

**I.    Cash and Deposit Accounts**

| Account | Balance |
|---|---|
| JP Morgan Chase Checking | $229,316.78 |
| Bank of America Checking | $0 |

All accounts have been turned over to the Chapter 7 Trustee Eugene Crane.

**II.    Accounts Receivable**

A.    Renewals: Debtor receives a commission for renewals of existing insurance policies that were sold. The amount due and owing is unknown and contingent upon a customer renewing an existing policy.

**III.    Accounts Payable**

| Creditor | Type of Debt | Balance |
|---|---|---|
| Springer Brown, LLC | Attorney Fees | $11,000 |
| Com Ed | February 2019 Utilities | Unknown |

| | | |
|---|---|---|
| Nicor | February 2019 Utilities | Unknown |
| Hanover Hoffman Estates | March 1, 2019 Rent | $2,500 |

### IV. Original Chapter 11 Assets Disposed of During Chapter 11 Case

None

### V  New Chapter 11 Assets Acquired During Chapter 11 Case

None other than cash and accounts receivable

### VI. Executory Contracts and Unexpired Leases

No executory contracts or unexpired leases were assumed or rejected during the Chapter 11 case

### VII. Payments to Insiders During the Course of the Chapter 11 Bankruptcy

None


Dated:    February 26, 2019

>               /s/ *Joshua D. Greene*
>                Joshua D. Greene
>                Attorney for Debtor

Joshua D. Greene
Springer Brown, LLC
300 S. County Farm Road
Suite I
Wheaton, IL 60187
630-510-0000
jgreene@springerbrown.com